IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN, WESTERN, AND SOUTHERN DIVISIONS

In re: Atlantic Coast Pipeline cases )
_____ )

No. 4:18-CV-12-BO; No. 4:18-CV-35-BO; No. 4:18-CV-36-BO; No. 4:18-CV-66-BO;
No. 4:18-CV-67-BO; No. 5:18-CV-13-BO; No. 5:18-CV-39-BO; No. 5:18-CV-79-BO;
No. 5:18-CV-309-BO; No. 5:18-CV-310-BO; No. 5:18-CV-388-BO; No. 5:18-CV-413-BO;
No. 5:18-CV-426-BO; No. 7:18-CV-131- BO

## ORDER

Upon its review of the plaintiffs' requests for entry of a stay or continuation of a previously entered stay, the Court has determined that a stay of these cases is no longer appropriate. The plaintiffs' motions are therefore DENIED. The stay previously entered is LIFTED and these cases are directed to proceed.

SO ORDERED, this _28_ day of October, 2019.

_____
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE