# EXHIBIT 4

in 2001 the state adopted similar rules pertaining to discharges into isolated wetlands to regulate wetlands not covered by the rules of the USACE or NRCS. The second additional regulation for wetland protection is the Coastal Area Management Act, which applies to the state's 20 coastal counties. The third additional regulation for wetland protection pertains to riparian area buffers, which create a 50-foot-wide riparian buffer along waterways in the Neuse and Tar-Pamlico river basins, and in the Randleman Lake river basin (Environmental Law Institute, 2008). The second regulation does not apply to ACP and SHP, as the projects would not cross any of the coastal counties of North Carolina. The project area would coincide with the Neuse and Tar-Pamlico river basins, which requires additional consultation with the NCDEQ.

### 4.3.3.5 General Impacts and Mitigation Measures

Impacts on wetlands as a result of the projects would include those within temporary workspaces as well as those within the permanent operational footprint. Table 4.3.3-2 summarizes the wetland types that would be crossed and impacted by ACP and SHP; section 4.3.3.6 discusses project-specific impacts on wetlands; and appendix L details impacts at each wetland crossing.

TABLE 4.3.3-2

Summary of Wetland Types Affected by Construction and Operation of the
Atlantic Coast Pipeline and Supply Header Project [a]

| Type/State [b] | Crossing Length (feet) | Construction (acres)[c] | Operation (acres)[d] |
|---|---|---|---|
| PEM Wetlands | | | |
| West Virginia | 12,018 | 14.8 | 2.9 |
| Pennsylvania | 346 | 0.7 | 0.0 |
| Virginia | 33,201 | 50.6 | 0.6 |
| North Carolina | 16,396 | 25.0 | 0.2 |
| **Total PEM Wetland Impacts** | **61,961** | **91.0** | **3.7** |
| PSS Wetlands | | | |
| West Virginia | 498 | 0.8 | 0.4 |
| Pennsylvania | 0.0 | 0.0 | 0.0 |
| Virginia | 23,774 | 45.6 | 5.4 |
| North Carolina | 29,608 | 51.1 | 7.1 |
| **Total PSS Wetland Impacts** | **53,880** | **97.4** | **12.9** |
| PFO Wetlands | | | |
| West Virginia | 1,159 | 1.6 | 0.9 |
| Pennsylvania | 199 | 0.4 | 0.1 |
| Virginia | 114,508 | 210.6 | 77.8 |
| North Carolina | 216,025 | 391.6 | 148.3 |
| **Total PFO Wetland Impacts** | **331,891** | **604.1** | **226.9** |
| Estuarine Wetlands | | | |
| Virginia | 4,694 | 5.1 | 0.4 |
| **Total Estuarine Wetland Impacts** | **4,694** | **5.1** | **0.4** |
| PUB Wetlands | | | |
| West Virginia | 96 | 0.1 | 0.1 |
| **Total PUB Wetland Impacts** | **96** | **0.1** | **0.1** |
| **Total Wetland Impacts** | **452,522** | **798.2** | **243.9** |

[a] Includes total impacts due to pipeline facilities, aboveground facilities, and access roads for both ACP and SHP.
[b] Wetland classification according to Cowardin et al., 1979.
[c] Construction impacts include wetlands located within temporary workspaces, access roads, yards, aboveground facilities, and the permanent pipeline right-of-way.
[d] Operational impacts include wetlands located within permanent pipeline right-of-way, access roads, and aboveground facilities.
Note: Sum of addends may not equal total due to rounding.