# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:18-CV-00013

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>11.57 ACRES, MORE OR LESS, IN NASH<br>COUNTY, NORTH CAROLIN,<br>LOCATED ON PARCEL<br>INDENTIFICATION NO.<br>026095 IDENTIFIED IN BOOK 528,<br>PAGE 373; LOCATED ON PARCEL<br>IDENTIFICATION NO. 026132<br>IDENTIFIED IN BOOK 530, PAGE 432,<br>AND OWNED BY WALTER MARVIN<br>WINSTEAD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DONOVAN MCLAURIN**

## DECLARATION OF DONOVAN E. MCLAURIN

I, Donovan E. McLaurin, declare and state as follows:

1.      I am of legal age and am competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated.

2.      I am a lifelong resident of Cumberland County and live at 7574 River Road, Wade, NC 28395.

3.      I am the President of McLaurin Company, Inc. ("McLaurin Co"), through which the company owns four parcels totaling almost 230 acres adjacent to and near the Cape Fear River. There are blue line streams and wetlands on the property. A map showing the 4 parcels and locations of streams and wetlands is attached as **Exhibit. A.** I had prepared plans for sub-dividing and developing the property..

4.      I was contacted by several different land agents who said they represented the Atlantic Coast Pipeline and wanted an easement for a 36" high pressure pipelines across my property. I explained that I was not interested in selling an easement for a big pipeline because I wanted to subdivide and develop the property.

5.      The initial offer they made was very low. Later, they came to me with a check for approximately $36,000 and said that if I did not take the check, they would take the property from me by eminent domain. The next letter I got from them offered to double that amount which I refused. Later I got a letter reducing that amount. By the end of 2017, they withdrew all offers to negotiate.

6.      In early 2018, I received court documents relating to condemnation of almost 11 acres of my property by the Atlantic Coast Pipeline, Case No. 5:18-CV-48-BO.

7.     At that time, because I was the sole care-giver for my father who was dying, I did not review the papers closely nor did I hire an attorney to assist me.

8.     I learned weeks later that on the day before my father died, the court ruled that the Atlantic Coast Pipeline had the right to seize my property even though I never had my day in court.

9.     Six months after my father passed away, my oldest son passed away.

10.    At some point I learned that the pipeline had a court order to come on my land and that they had deposited $46,000 with the court as "just compensation" for the destruction of my property.

11.    In late November, the Atlantic Coast Pipeline arrived on my property without notice with dozens of workers with chain saws. A un-uniformed security guard was stationed approximately one-eighth mile away in the Mount Olive Church parking lot in an unmarked four wheel drive vehicle. These security guards of Duke/Dominion are usually employed by Tiger Swan. The workers began cutting down trees along an approximately 150 ft. wide path. The map attached as **Exhibit A** shows the approximate location of the pipeline within the tree clearing, the stream crossings and the wetlands.

12.    They worked nonstop for several days cutting down trees in the wetland and dry areas across my property. Completing their work just as their permit from the US Army Corps of Engineers was revoked on November 20, 2018. They skipped over the property next to mine leaving the trees at this time as the owners of this property had agreed to their demands.

13.    In disbelief of the destruction I saw across my property and adjoining property, on November 27, 2018, I hired a helicopter pilot and a photographer to take pictures of the destruction through the swamps and across my land.

14.    Attached as Exhibit B are true and accurate copies of photographs taken at my request on November 27, 2018.


I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge.

Executed on this _23_ day of April, 2020.


_Donovan McLaurin_
Donovan McLaurin

# EXHIBIT A

# ArcGIS Web Map_McLaurin



4/23/2020, 2:32:50 PM

1:18,056

**FEMA  NC Floodplains**

ACP Road Crossing Points

Classified Surface Water

AE

River and Stream Crossings

Streams

0.2 PCT ANNUAL CHANCE FLOOD HAZARD

Parcels

Bridges Over Waterways crossed by ACP

ACP Route Wetlands

ACP Counties NC

| 0 | 0.13 | 0.25 | 0.5 mi |
| 0 | 0.2 | 0.4 | 0.8 km |

Source:  Esri,  DigitalGlobe,  GeoEye,  Earthstar  Geographics,  CNES/Airbus

Case 5:18-cv-00013-BO   Document 79-6   Filed 04/24/20   Page 7 of 19

Web AppBuilder for ArcGIS
NC CGIA, USDA FSA |

# EXHIBIT B



"EXHIBIT B"

R RIVER

STREAM

STREAM

STREAM

STREAM

EAM LINES SHOWN ARE APPROXIMATE



"EXHIBIT B"

STREAM

STREAM

SEWER LIFT STATION

CAPE FEAR RIVER

STREAM

(NOTE WORKERS)

STREAM

STREAM LINES SHOWN ARE APP



ATLANTIC COAST PIPELINE - 11/27/2018
PHOTO 3

"EXHIBIT B"

RIVER ROAD, WAD

STREAM

SEWER LIFT STATION

STREAM

STREAM

STREAM

STREAM

CAPE FEAR RIVER

ES SHOWN ARE APPROXIMATE





STREAM

SEWER LIFT STATION

AM LINE SHOWN IS APPROXIMATE



APPROXIMATE PROPOSED PIPELINE LOCATION



APPROXIMATE PROPOSED PIPELINE LOCATION



ATLANTIC COAST PIPELINE - 11/27/2018
PHOTO 8

"EXHIBIT B"

RIVER ROAD, WADE, N

APPROXIMATE PROPOSED PIPELINE LOCATION



APPROXIMATE PROPOSED PIPELINE LOCATION



ATLANTIC COAST PIPELINE - 11/27/2018
PHOTO 10

"EXHIBIT B"

SWAMP ROAD, WADE, N

DEVANE'S MILL CREEK

APPROXIMATE PROPOSED PIPELINE LOCATION

PROPOSED LOCATION OF
GAS PROCESSING APPARATUS

(NOTE PORTALET)

NE SHOWN IS APPROXIMATE



"EXHIBIT B"

PROPOSED LOCATION OF
GAS PROCESSING
APPARATUS

APPROXIMATE PROPOSED PIPELINE LOCATION

(NOTE PORTALET)